ORIGINAL

LODGED

1  ANDRÉ BIROTTE JR.
United States Attorney
2  SANDRA R. BROWN
Assistant United States Attorney
3  Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
4  Assistant United States Attorney
        Room 7211 Federal Building
5        300 North Los Angeles Street
Los Angeles, CA 90012
6        Telephone: (213) 894-4600
Facsimile: (213) 894-0115
7        Email: Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12                         SOUTHERN DIVISION

13  United States of America,          )   Case No. SACV 11-00599 JVS (JCx)
                                       )
14          Petitioner,                )   [Proposed] Order to Show Cause
                                       )
15     vs.                             )
                                       )
16  Babak Samini,                      )
                                       )
17          Respondent.                )
                                       )
18                                     )

19

20        Based upon the Petition to Enforce Internal Revenue Service Summons,

21  Memorandum of Points and Authorities, and supporting Declaration, the Court

22  finds that Petitioner has established a *prima facie* case for judicial enforcement of

23  the subject Internal Revenue Service (IRS) summons. *See* United States v. Powell,

24  379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

25        **IT IS ORDERED** that Respondent appear before this District Court of the

26  United States for the Central District of California, at the following date, time, and

27  address, to show cause why the production of books, papers, records, and other

28  data demanded in the subject IRS summons should not be compelled:

                                       1



FILED
CLERK, U.S. DISTRICT COURT

APR 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

2011 APR 18 PM 3:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1   Date:                Monday, June 13, 2011

2   Time:                *10 A.M.*

3   Courtroom:           *10C*

4   Address:             ☐  United States Courthouse

5                           312 North Spring Street, Los Angeles, California, 90012

6                        ☐  Roybal Federal Building and United States Courthouse

7                           255 E. Temple Street, Los Angeles, California, 90012

8                        ☑  Ronald Reagan Federal Building and United States Courthouse

9                           411 West Fourth Street, Santa Ana, California, 92701

10                       ☐  Brown Federal Building and United States Courthouse

11                          3470 Twelfth Street, Riverside, California, 92501

12

13      **IT IS FURTHER ORDERED** that copies of the following documents be served

14   on Respondent (a) by personal delivery, (b) by leaving a copy at Respondent's

15   dwelling or usual place of abode with someone of suitable age and discretion who

16   resides there, or (c) by certified mail:

17      1.  This Order; and

18      2.  The Petition, Memorandum of Points and Authorities, and accompanying

19          Declaration.

20   Service may be made by any employee of the IRS or the United States Attorney's

21   Office.

22      **IT IS FURTHER ORDERED** that within ten (10) days after service upon

23   Respondent of the herein described documents, Respondent shall file and serve a

24   written response, supported by appropriate sworn statements, as well as any

25   desired motions.  If, prior to the return date of this Order, Respondent files a

26   response with the Court stating that Respondent does not oppose the relief

27   sought in the Petition, nor wish to make an appearance, then the appearance of

28

1  Respondent at any hearing pursuant to this Order to Show Cause is excused, and

2  Respondent shall comply with the summons within ten (10) days thereafter.

3       **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings

4  will be considered on the return date of this Order.  Only those issues raised by

5  motion or brought into controversy by the responsive pleadings and supported by

6  sworn statements filed within ten (10) days after service of the herein described

7  documents will be considered by the Court.  All allegations in the Petition not

8  contested by such responsive pleadings or by sworn statements will be deemed

9  admitted.

11  DATED: 4.20.11

14  U.S. DISTRICT COURT JUDGE

16  Respectfully submitted,

17  ANDRÉ BIROTTE JR.

18  United States Attorney

19  SANDRA R. BROWN
   Assistant United States Attorney

20  Chief, Tax Division

23  GAVIN L. GREENE

24  Assistant United States Attorney

25  Attorneys for United States of America

3